AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT


FILED
FEB 07 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

Eastern District of California

DAVID PHILLIPS-KERLEY
         Plaintiff (s),

V.

CITY OF FRESNO,
         Defendant (s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: 1:18-CV-438 AWM

Notice is hereby given that, subject to approval by the __DAVID PHILLIPS-KERLEY, Plaintiff__ substitutes
(Party (s) Name)

__Ronald P. Ackerman, Partner, Public Employees Legal,__ , State Bar __159692__ as counsel of record in
(Name of New Attorney)

place of __DAVID PHILLIPS-KERLEY, Plaintiff in Pro Per__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     PUBLIC EMPLOYEES LEGAL, LLP
    Address:     3415 South Sepulveda Boulevard, Suite 660, Los Ageles, CA 90034
    Telephone:     310-649-5300     Facsimil 310-649-4045
    E-Mail (Optional):     rpalawoffice@gmail.com     oshea@publicemployees.legal

I consent to the above substitution.
Date: __2/1/19__

_David Phillips-Kerley_
(Signature of Party (s))

I consent to being substituted.
Date: _____

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __2/5/19__

_Ronald P. Ackerman_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: __2/7/19__

_/s/ Judge_ BAM
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]