UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF FRESNO FIRE DEPARTMENT, et al., <br><br> Defendants. | Case No. 1:18-cv-00438-AWI-BAM <br><br> **ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE** <br><br> (Doc. No. 45) |

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference currently scheduled for April 2, 2019, is HEREBY CONTINUED to **June 5, 2019, at 9:00 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least seven (7) days before the conference, a JOINT Scheduling Conference Report shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference. The parties are encouraged to appear at the scheduling conference telephonically and may do so by dialing **1-877-411-9748; passcode 3190866** at the time of the conference.

IT IS SO ORDERED.

Dated: __March 21, 2019__   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1