Douglas T. Sloan, City Attorney (State Bar #194996)
Francine M. Kanne, Chief Assistant City Attorney (State Bar 139028)
**CITY OF FRESNO**
2600 Fresno Street, Room 2031
Fresno, California 93721-3602

**BETTS & RUBIN, A Professional Corporation**
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959
James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF FRESNO FIRE DEPARTMENT; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case 1:18-cv-00438-AWI-BAM<br><br>STIPULATION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING ON BEHALF OF THE CITY OF FRESNO<br><br>(FRCP Rule 15(a)(3)) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. The Court issued its ruling on the City=s motion to dismiss as to Plaintiff=s First Amended Complaint on October 19, 2018.

2. Plaintiff=s prior counsel filed a motion to withdraw in November 2018, which was granted on January 18, 2019.

3. The Court consented to the substitution of successor counsel for Plaintiff on February 7, 2019.

4. Successor=s counsel filed a Second Amended Complaint on April 25, 2019, which includes nine causes of action for constitutional and statutory violations.

5. Counsel for the City has a scheduled vacation during the time in which to respond to the new pleading.

6. Thus, it is respectfully requested that the City of Fresno have until May 24, 2019, in which to file a responsive pleading.

Respectfully requested,

Dated: May 2, 2019                                     BETTS & RUBIN

                                                By   /s/ Joseph D. Rubin
                                                     Joseph D. Rubin
                                                Attorneys for Defendant CITY OF FRESNO

Dated: May 2, 2019                                     PUBLIC EMPLOYEES LEGAL, LLP

                                                By   /s/ Ronald Ackerman
                                                     Ronald Ackerman
                                                Attorneys for Plaintiff David Phillips-Kerley

# **O R D E R**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant City of Fresno has until May 24, 2019 in which to file a responsive pleading to the second amended complaint.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:  **May 2, 2019**                           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE