Public Employees Legal, LLP
RONALD P. ACKERMAN
(SBN 159692)
OSHEA ORCHID (SBN 298375)
Telephone: (310) 649-5300
Facsimile:  (310) 649-4045
E-Mail:  rpalawoffice@gmail.com
        oshea@publicemployees.legal

Attorney for Plaintiff
DAVID PHILLIPS-KERLEY

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# EASTERN DISTRICT

# FRESNO DIVISION

| | |
|---|---|
| **DAVID PHILLIPS-KERLEY,** | CASE NO.:  1:18-CV-438-AWI BAM |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE And ORDER THEREON** |
| vs. | |
| **CITY OF FRESNO and DOES 1 to 10,** | <u>**Complaint Filed:**</u>  March 28, 2018 |
| Defendants, | <u>**Joint Scheduling Conf Currently Scheduled for:**</u>  June 5, 2019 |

TO THE HONORABLE JUDGE BARBARA  A. McAULIFFE OF THE ABOVE ENTITLED COURT, ALL PARTIES and to their ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1

1. The Scheduling Conference in this matter is scheduled for June 5, 2019.

2. Defendant filed a Motion to Dismiss Plaintiff's Second Amended Complaint on May 24, 2019.

3. Plaintiff's Counsel was out of the Office for the Memorial Day holiday weekend and first reviewed Defendant's Motion on May 28, 2019.

4. Plaintiff's counsel requires time to review Defendant's Motion to Dismiss in order to determine the need for filing a Third Amended Complaint and it's content.

5. Plaintiff's Counsel anticipates filing a Third Amended Complaint, either through a Stipulation of the Parties or by requesting leave of the Court.

6. Plaintiff's Counsel believes the Scheduling Conference would be more productive and a more efficient use of Court time, if it were held after Plaintiff's Third Amended Complaint has been filed.

7. Thus, it is respectfully requested that the Scheduling Conference set for June 5, 2019, be continued to a date in August 2019 which is convenient to the Court's Calendar.

Dated: May 29, 2019                Respectfully Submitted,

                                   By:    / s /                    /
                                   RONALD ACKERMAN
                                   Public Employees Legal, LLP
                                   Attorney for Plaintiff
                                   DAVID PHILLIPS-KERLEY

Dated: May 29, 2019                BETTS & RUBIN

                                   By:  / s /  Joseph D. Rubin
                                       Joseph D. Rubin
                                       Attorneys for Defendant City of Fresno

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The scheduling Conference currently set for June 5, 2019, is continued to **August 14, 2019, at 10:00 AM** before the Honorable Magistrate Barbara A. McAuliffe, in Courtroom 8 (BAM) of the United States District Court – Eastern District.

2. The parties' Joint Scheduling Report shall be submitted to the Court by August 7, 2019.

IT IS SO ORDERED.

Dated: **May 30, 2019**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

3