RONALD P. ACKERMAN (SBN 159692)
OSHEA V. ORCHID (SBN 298375)
**PUBLIC EMPLOYEES LEGAL, LLP**
3415 S. Sepulveda Blvd., Suite 660
Los Angeles, CA 90034
Telephone:   (310) 649-5300
Telecopier:   (310) 853-6945

Allison M. Schulman, Esq. (SBN 272081)
**LAW OFFICES OF ALLISON M. SCHULMAN, APC**
1055 W. Seventh Street, Suite 1920
Los Angeles, CA 90017
Tel: 213.262.1825
Fax: 213.262.1834

Attorneys for Plaintiff,
DAVID PHILLIPS-KERLEY

# UNITED STATES DISTRICT COURT OF CALIFORNIA

## EASTERN DISTRICT

| | |
|---|---|
| DAVID PHILLIPS-KERLEY, | **Case No.** 1:18-CV-438-AWI BAM |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR INITIAL DICLOSURES; ORDER** |
| vs. | |
| CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

-1-
STIPULATION TO CONTINUE DEADLINE FOR INITIAL DICLOSURES; ORDER

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff DAVID PHILLIPS-KERLEY ("Plaintiff") and Defendant CITY OF FRESNO, by and through their respective counsel, herby stipulate as follows:

A. WHEREAS the Scheduling Order provides that Rule 26 Disclosures are due by July 31, 2020.

B. WHEREAS Plaintiff requested additional time to prepare his disclosures and documents.

C. WHEREAS Defendant agreed to a continuance of the Rule 26 Disclosure deadline to August 31, 2020, provided that Plaintiff does not serve discovery during this time frame.

THEREFORE, IT IS STIPULATED AND AGREED, as follows:

1. The deadline for Rule 26 Disclosures shall be continued to August 31, 2020.

2. The Parties shall not serve discovery requests until August 31, 2020.

DATED: July 27, 2020    **LAW OFFICES OF ALLISON M. SCHULMAN**

By:  /s/
Allison M. Schulman, Esq.
Attorneys for Plaintiff
DAVID PHILLIPS-KERLEY

DATED: July 27, 2020    **BETTS & RUBIN**

By:  /s/
James B. Betts, Esq.
Joseph D. Rubin, Esq.
Attorneys for Defendant
CITY OF FRESNO

**ORDER**

Having reviewed the parties' stipulation, the Court DENIES the request to modify the Scheduling Order in this action without prejudice as the parties have failed to establish good cause for the requested modification. Fed. R. Civ. P. 16(b).

Modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such difficulties should be explained.

IT IS SO ORDERED.

Dated:   **July 28, 2020**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE