UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO FIRE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00438-AWI-BAM<br><br>**ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DAVID PHILLIPS-KERLEY**<br><br>(Doc. No. 81)<br><br>Date:    September 11, 2020<br>Time:    9:00 AM<br>Courtroom: 8 (BAM) |

    On July 30, 2020, Ronald P. Ackerman, Oshea V. Orchid, and Allison M. Schulman, counsel for Plaintiff David Phillips-Kerley ("Plaintiff"), filed a proposed substitution of attorney seeking to substitute Plaintiff in propria persona as counsel of record. (Doc. No. 81.)

    Local Rule 182(g) permits an attorney who has appeared in an action to substitute another attorney and thereby withdraw from the action by submitting a substitution of attorney. L.R. 182(g). However, an attorney may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all other parties who have appeared. L.R. 182(d).

    Plaintiff's counsel's proposed substitution of attorney leaves Plaintiff in propria persona and does not comply with the requirements of Local Rule 182(d). The Court will therefore construe the substitution of attorney as a motion to withdraw and direct Plaintiff's counsel to submit supplemental briefing which complies with Local Rule 182(d).

    The Court further notes that it appears Plaintiff has recently attempted to file documents with the Court himself, rather than through counsel. Pending an order granting counsel leave to

withdraw, Plaintiff remains represented by counsel and the Court therefore cannot accept any documents for filing directly from Plaintiff or consider their contents.

Accordingly, IT IS HEREBY ORDERED:

1. The substitution of attorney filed on July 30, 2020 (Doc. No. 81) is hereby construed as a motion to withdraw as counsel for Plaintiff. Ronald P. Ackerman, Oshea V. Orchid, and Allison M. Schulman, counsel for Plaintiff, shall file supplemental briefing addressing the requirements of Local Rule 182(d) on or before **August 14, 2020**. Counsel for Plaintiff shall serve Plaintiff with a copy of the supplemental briefing at his last known address of record and shall file proof of such service with the Court. Any opposition or statement of non-opposition to the motion shall be filed on or before **September 4, 2020.** If Plaintiff desires to file an opposition or statement of non-opposition to the motion, counsel for Plaintiff shall assist him with electronically filing any such documents with the Court;

2. The motion to withdraw as counsel for Plaintiff SHALL BE HEARD on **Friday, September 11, 2020, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties are encouraged to appear at the motion hearing by telephone with each party using the following dial-in number and access code: *dial-in number 1-877-411-9748; access code 3219139*; and

3. Counsel for Plaintiff is directed to promptly serve Plaintiff with a copy of this Order at his last known address of record and to file proof of such service with the Court.

IT IS SO ORDERED.

Dated: __August 3, 2020__         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE