UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 1:18-cv-00438-AWI-BAM<br><br>**ORDER DIRECTING CLERK TO AMEND CAPTION** |

Plaintiff David Phillips-Kerley initiated this employment discrimination and retaliation action against the City of Fresno Fire Department and various employees of the City's Fire Department on March 28, 2018. (Doc. No. 1.) On May 15, 2018, the City of Fresno filed a motion to dismiss the complaint. (Doc. No. 10.) Prior to resolution of the motion, the parties filed a stipulation to allow Plaintiff leave to file a First Amended Complaint. (Doc. No. 12.) The Court granted the stipulation and denied the motion to dismiss as moot. (Doc. No. 14.)

On June 18, 2018, Plaintiff filed his First Amended Complaint, which alleged twenty-one claims against the City of Fresno and employees of the City's Fire Department. (Doc. No. 13.) On July 6, 2018, the City of Fresno filed a motion to dismiss the amended complaint, for a more definite statement and to strike portions of the complaint. (Doc. No. 16.) Plaintiff opposed the

1

motion, but conceded that twelve of his twenty-one causes of action were duplicative, barred by the statute of limitations, or legally baseless. (*See* Doc. No. 19 at 3.)  He also conceded dismissal of his prayer for punitive damages. (*Id.*) Specifically, Plaintiff conceded "that the statutes of limitations had expired on his tenth, eleventh, thirteenth and fourteenth causes of action" and stated that he would voluntarily dismiss those claims with prejudice. (*Id.* at 3.). Plaintiff also conceded that "the twelfth and fifteenth causes of action are duplicative of the sixteenth cause of action" and stated that he would "dismiss the twelfth and fifteenth causes of action with prejudice." (*Id.*)

In light of Plaintiff's concessions, and relying on Plaintiff's representation that he elected not to pursue certain claims, the Court determined that the First Amended Complaint included only eight claims:  causes of action I, II, and III, under Title VII; causes of action IV and VI, under the Fair Employment and Housing Act ("FEHA"); cause of action VII, under the Cal. Labor Code; cause of action XVI, under the Cal. Firefighter's Bill of Rights; and cause of action XXI, under a Fresno City Administrative Order.  (Doc. No. 24 at 2.)  On October 19, 2018, the Court granted in part and denied in part the City of Fresno's motion to dismiss, finding that Plaintiff's claims for harassment under Title VII (claim III), hostile work environment under FEHA (claim IV), and failure to prevent harassment under FEHA (claim VI) should be dismissed. (Doc. No. 24 at 10.) The Court denied the motion to strike as moot but granted the motion for a more definite statement and allowed Plaintiff fourteen days from the date of service of the order to file a Second Amended Complaint.  (*Id.* at 5, 11.)

On April 25, 2019, Plaintiff filed his Second Amended Complaint bringing nine causes of action against the City of Fresno and Does 1 through 10, inclusive.  The Second Amended Complaint no longer included claims against the previously named individual defendants.  (Doc. No. 47.)  The City of Fresno moved to dismiss three of the causes of action in the amended complaint, for a more definite statement and to strike portions of the complaint.  (Doc. No. 50.)  On December 14, 2019, the Court granted the City of Fresno's motion to dismiss the seventh and ninth causes of action with leave to amend and granted the City of Fresno's motion to dismiss the eighth cause of action with prejudice.  The Court also granted the City of Fresno's motion

2

more definite statement and denied the motion to strike as moot.  Plaintiff was granted twenty days to file a Third Amended Complaint.  (Doc. No. 62.)

On December 23, 2019, Plaintiff filed his Third Amended Complaint alleging eight causes of action against the City of Fresno and Does 1 through 10, inclusive.  (Doc. No. 64.)  On January 9, 2020, the City of Fresno filed a motion to dismiss the eighth cause of action in Plaintiff's Third Amended Complaint.  (Doc. No. 66.)  On May 22, 2020, the Court granted the City of Fresno's motion to dismiss the eighth cause of action with prejudice.  (Doc. No. 73.)

In light of the procedural background of this case, including dismissal of certain claims and Plaintiff's election not to pursue certain other claims, the action now proceeds on claims one through seven in Plaintiff's Third Amended Complaint against the City of Fresno and Does 1 through 10, inclusive.  (Doc. No. 64.)  Accordingly, the Clerk of the Court is directed to amend the caption in this matter to reflect the active defendants in this action, as reflected above.

IT IS SO ORDERED.

Dated:   **February 3, 2021**           /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE