UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00438-AWI-BAM<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>(Doc. 105) |

　　　　On March 29, 2021, Plaintiff David Phillips-Kerley filed a request for court approval of the substitution of Alexis Galindo of Cured, Galindo & Smith, LLP as attorney of record in place of Plaintiff David Phillips-Kerley proceeding in propria persona. Pursuant to the request, Alexis Galindo is HEREBY SUBSTITUTED as attorney of record for Plaintiff David Phillips-Kerley.

IT IS SO ORDERED.

　　Dated:　**March 31, 2021**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1