UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.  1:18-cv-00438-AWI-BAM<br><br>**ORDER GRANTING REQUEST FOR STATUS CONFERENCE**<br><br>(Doc. 111) |

On June 7, 2021, Defendant City of Fresno filed a request for a status conference to complete modification of the Scheduling Order following adjudication of Plaintiff's motion for leave to file a supplemental complaint. (Doc. 110.) Specifically, Defendant seeks to confirm dates for experts, non-dispositive motions, pretrial conference and trial. (*Id.*)

Having considered the request, and based on the status of this action, a STATUS CONFERENCE is set for **June 30, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least one (1) full week prior to the conference, the parties shall submit a Joint Scheduling Report with proposed dates for expert disclosures, supplemental expert disclosures, expert discovery cut-off, dispositive motion filing deadline, pretrial conference and trial. The parties shall appear at the conference remotely with each party

1

connecting either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID number and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **June 14, 2021**                    /s/ Barbara A. McAuliffe                    
                                                        UNITED STATES MAGISTRATE JUDGE