UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY, | Case No. 1:18-cv-00438-AWI-BAM |
| Plaintiff, | **ORDER GRANTING STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER** |
| v. | |
| CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE, | (Doc. 120) |
| Defendants. | |

  Currently before the Court is the parties' stipulation to extend the remaining deadlines in the Scheduling Conference Order. (Doc. 120.) The parties report that they have undertaken preliminary written discovery and have produced over 6,000 pages of documents. The parties further report that the pandemic has significantly delayed depositions in this matter as the parties believe that "certain deposition will be more beneficial in this type of litigation if they are in person." (*Id.* at 2.) Additionally, the parties indicate that Defendant City of Fresno still has significant restrictions on the interactions between employees and its outside counsel. The parties believe an extension of the remaining deadlines will assist in completing discovery, retaining experts, having further settlement discussions and preparing for trial. (*Id.*)

Having considered the parties' stipulation, and good cause appearing, the request to extend the remaining deadlines in the Scheduling Conference Order is GRANTED. Fed. R. Civ. P. 16(b)(4). The Scheduling Order is modified as follows:

| | |
|---|---|
| Expert Disclosure: | 04/25/2022 |
| Supplemental Expert Disclosure: | 05/24/2022 |
| Non-Expert Discovery Cutoff: | 03/29/2022 |
| Expert Discovery Cutoff: | 06/21/2022 |
| Pretrial Motion Filing Deadline: | 08/16/2022 |
| Pretrial Conference: | 01/26/2023<br>10:00 a.m.<br>Courtroom 2 (AWI) |
| Trial: | 04/18/2023<br>8:30 a.m.<br>Courtroom 2 (AWI) |

IT IS SO ORDERED.

Dated:   **January 28, 2022**              /s/ *Barbara A. McAuliffe*    
                                     UNITED STATES MAGISTRATE JUDGE