1  Douglas T. Sloan, City Attorney (State Bar #194996)
   Tina Griffin, Chief Assistant City Attorney (State Bar #210328)
2  **CITY OF FRESNO**
   2600 Fresno Street, Room 2031
3  Fresno, California 93721-3602

4  **BETTS & RUBIN, A Professional Corporation**
   907 Santa Fe Avenue, Suite 201
5  Fresno, California 93721
   Telephone: (559) 438-8500
6  Facsimile: (559) 438-6959
   James B. Betts (State Bar #110222)
7  Joseph D. Rubin (State Bar #149920)
   Attorneys for CITY OF FRESNO

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  DAVID PHILLIPS-KERLEY,              )   Case 1:18-cv-00438-AWI-BAM
                                        )
11                    Plaintiff,        )   STIPULATION TO AMEND SCHEDULING
                                        )   CONFERENCE ORDER; AND ORDER
12           vs.                        )   THEREON
                                        )
13  CITY OF FRESNO FIRE                 )
    DEPARTMENT, a California            )
14  Governmental Entity; MIKE GILL, an  )
    individual; RONALD CALDWELL, an     )
15  individual; CHARLES TOBIAS, an      )
    individual; JERRY SMITH, an         )
16  individual; MARK HARVEY, an         )
    individual; DONALD MAC ALPINE,      )
17  an individual; RONALD STOGDELL,     )
    an individual; NICHOLAS MARTINO,    )
18  an individual; CASEY CLARK, an      )
    individual; DANIEL ESCOBAR, an      )
19  individual; OSCAR BETANCOURT, an    )
    individual; TONY ESCOBEDO, an       )
20  individual; JONATHAN CHEW, an       )
    individual; KERRI DONIS, an         )
21  individual; RANDALL REITZ, an       )
    individual; RICHARD CABRAL, an      )
22  individual; JOHN CREASY, an         )
    individual; RICHARD WILLARD, an     )
23  individual; CARLTON JONES, an       )
    individual; KENNETH PHILLIPS, an    )
24  individual; JEFFREY CARDELL, an     )
    individual; BRUCE RUDD, an          )
25  individual; VAN TASSEL, an          )
    individual; and DOES 1 to 10, inclusive, )
26                                      )
                      Defendants.       )
27

28                                             Stipulation to Amend Scheduling Order

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1.    This litigation involves an employment discrimination/civil rights action against the City of Fresno based upon multiple alleged adverse employment actions.   After various motions, the matter became at issue on June 16, 2020 (Document 74).   Shortly thereafter, discovery was stayed as Plaintiff was attempting to locate new counsel.

2.    On March 15, 2021, the stay was lifted (Document 104).   Subsequently, a scheduling order was entered on July 1, 2021 (Document 115), and an amended scheduling order on January 28, 2022 (Document 121).

3.    The parties have undertaken preliminary written discovery and have produced over 7,500 pages of documents and audios.

4.    The pandemic significantly delayed depositions in this matter.   All parties put off depositions with the belief that certain depositions would be more beneficial in this type of litigation if they were in person.     The parties have recently completed percipient discovery and depositions, and desire additional time for the review of transcripts by the deponents and for the potential use of discovery by experts.

5.    Further, counsel for the City is in the process of moving its law office as the building has been sold and is in escrow.

6.    All parties believe that the proposed extension on the remaining deadlines in the Scheduling Conference Order would greatly assist the parties in completing expert discovery, having further settlement discussions and preparing for trial.   Thus, the parties propose the following dates:

|                    | Current Date | New Date   |
|--------------------|--------------|------------|
| Expert Disclosure: | 04/25/2022   | 06/06/2022 |

– 2 –

| | | |
|---|---|---|
| Supplemental Expert Disclosure: | 05/24/2022 | 07/19/2022 |
| Expert Discovery Cutoff: | 06/21/2022 | 08/09/2022 |
| Pretrial Motion Filing Deadline: | 08/16/2022 | 10/04/2022 |
| Pretrial Conference: | 01/26/2023 | 04/06/2023 |
| Trial: | 04/18/2023 | 08/08/2023 |

7.      Thus, it is respectfully requested that the remaining deadlines in the Scheduling

Conference Order be modified, and trial be set for August 8, 2023 or after.

Dated: April 25, 2022                    BETTS & RUBIN

                                         By   /s/ Joseph D. Rubin
                                              Joseph D. Rubin
                                         Attorneys for Defendant CITY OF FRESNO

Dated: April 25, 2022                    CURD, GALINDO & SMITH, LLP

                                         By   /s/ Alex Galindo
                                              Alex Galindo
                                         Attorneys for Plaintiff DAVID PHILLIPS-
                                         KERLEY

## **O R D E R**

Based on the parties Stipulation, and good cause appearing IT IS HEREBY ORDERED

that the Scheduling Order will be modified in the following manner:

| | |
|---|---|
| Expert Disclosure: | 06/06/2022 |
| Supplemental Expert Disclosure: | 07/19/2022 |
| Expert Discovery Cutoff: | 08/09/2022 |
| Pretrial Motion Filing Deadline: | 10/04/2022 |
| Pretrial Conference: | 06/05/2023 |
| Trial: | 08/15/2023 |

IT IS SO ORDERED.

Dated:   **April 25, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

– 3 –