CURD, GALINDO & SMITH, L.L.P.
ALEXIS GALINDO, State Bar No. 136643
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
E-mail: agalindo@cgsattys.com

Attorneys for Plaintiff
DAVID PHILLIPS-KERLEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No.: 1:18-CV-438-JLT-BAM<br><br>[PROPOSED] ORDER Re: MODIFY SCHDULING ORDER RE MOTIONS IN LIMINE<br><br>Trial Date:  Oct 28, 2025<br>Action Filed: March 28, 2018 |

Upon reading the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff may file responses to Defendant City of Fresno's twenty-three (23) motions in limine on or before May 30, 2025.

IT IS SO ORDERED.

Dated:   **May 22, 2025**

_____
UNITED STATES DISTRICT JUDGE

115.94 05970640.000                                     1

[Proposed] Order Re: Modify Minute Order Re: Motions in Limine    (1:18-CV-438-JLT-BAMx)