Whitney, Thompson & Jeffcoach LLP
Joseph D Rubin, #149920
Mandy L. Jeffcoach, #232313
970 W. Alluvial Ave.
Fresno, California 93711
Telephone:   (559) 753-2550
Facsimile:    (559) 753-2560

Attorneys for Defendant CITY OF FRESNO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS-KERLEY,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF FRESNO, a California Governmental Entity,<br><br>                    Defendant. | Case No. 1:18-cv-00438 JLT BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

Plaintiff, DAVID PHILLIPS-KERLEY, and Defendant, CITY OF FRESNO, submit this Stipulation to request the Court to modify the Scheduling Order as follows:

1. This is an employment action brought by Plaintiff, DAVID PHILLIPS-KERLEY, against the City of Fresno. The Third Amended Complaint (Document No. 64) is the operative complaint.

2. The Court recently issued a Minute Order (Document No. 200) instructing the parties to file a revised joint pretrial statement no later than Friday, August 22, 2025.

3. Trial is current set for October 28, 2025, at 8:30 a.m. in Courtroom 4.

4. Mandy Jeffcoach, one of the attorneys for the City of Fresno, is presently engaged in a trial before Judge Skiles in Fresno Superior Court, *Kay Moseley v. City of Fresno,* Case No. 22CECG02902. That matter is likely to conclude on August 28, 2025. On August 20, 2025, Joseph Rubin, the City of Fresno's other counsel, is undergoing surgery.

115.94 06356520.000

STIPULATION TO MODIFY SCHEDULING ORDER

5. After meeting and conferring among counsel, the parties submit that good cause exists to modify the scheduling order, subject to the Court's agreement. Specifically, the revised joint pretrial statement shall be due on or before Friday, August 29, 2025.

6. Based on the foregoing, the parties request that the Court modify the scheduling order to allow for the filing of the revised joint pretrial statement on Friday, August 29, 2025.

IT IS SO STIPULATED.

Dated:  August 18, 2025               CURD, GALINDO & SMITH, LLP

                                      By:     */s/ Alexis Galindo*
                                              Alexis Galindo
                                              Attorneys for DAVID PHILLIPS-KERLEY

Dated:  August 18, 2025               WHITNEY, THOMPSON & JEFFCOACH LLP

                                      By:     */s/ Mandy L. Jeffcoach*
                                              Joseph D Rubin
                                              Mandy L. Jeffcoach
                                              Attorneys for CITY OF FRESNO

### ~~PROPOSED ORDER~~

Based upon the stipulation and representations of the parties, the deadline to file a revised joint pretrial statement is continued to **Friday, August 29, 2025**.

IT IS SO ORDERED.

Dated:  **August 18, 2025**                    _____
                                               UNITED STATES DISTRICT JUDGE

115.94 06356520.000

2
STIPULATION TO CONTINUE TRIAL